No. 1054.   WEBB *v.* RAGEN, WARDEN; and
No. 1057.   JUDD *v.* ILLINOIS.   April 22, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1058.   DUNCAN *v.* RAGEN, WARDEN.   April 22, 1946.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1059.   SKENE *v.* RAGEN, WARDEN.   April 22, 1946.   Petition for writ of certiorari to the Circuit Court of Kane County, Illinois, denied.

No. 1060.   WRIGHT *v.* RAGEN, WARDEN;
No. 1061.   FEHRER *v.* RAGEN, WARDEN;
No. 1062.   THOMPSON *v.* RAGEN, WARDEN;
No. 1063.   FARRIS *v.* ILLINOIS; and
No. 1064.   ELY *v.* RAGEN, WARDEN.   April 22, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1072.   BARNARD *v.* RAGEN, WARDEN.   April 22, 1946.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1082.   FOG *v.* ILLINOIS; and
No. 1083.   CASTIGLIONE *v.* RAGEN, WARDEN.   April 22, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 963.   FOWLER *v.* RAGEN, WARDEN.   On petition for writ of certiorari to the Supreme Court of Illinois;
No. 985.   O'NEIL *v.* BURKE, WARDEN.   On petition for writ of certiorari to the Supreme Court of Pennsylvania;